Considering the conduct of the trust managers in the light of the foregoing principles of equity, we are impelled to hold that their course of dealing was utterly inconsistent with their duties as trustees. Accordingly, they should be relieved of their positions as trust managers and others appointed in their stead, in whom the beneficiaries may have the utmost confidence; and in view of our conclusion that the trust units purchased by the trust managers constituted adverse and competing interests, so far as the sale of the trust property is concerned, Hillebrecht and Wade should be required to hold the certificates representing such trust units subject to the trust, if the *cestuis qui trustents* so demand and tender the price which said trust managers paid for such certificates. (*Rankin v. Barcroft & Co.,* 114 Ill. 441; Bogert on Trusts and Trustees, vol. 3, sec. 485; *Wootten v. Wootten,* 151 F. (2d) 147.)

For the reasons stated herein the decree of the superior court of Cook county is reversed and the cause remanded with directions that a decree be entered in accordance with the views herein expressed.

*Reversed and remanded with directions.*

FRIEND and SCANLAN, JJ., concur.

---

Eva M. Elliott, Administrator of Estate of Myrtle U. Duncan, Deceased, Appellee, v. City of Chicago, and Pennsylvania Railroad Company, Appellants.

Gen. No. 44,616.

Benjamin S. Adamowski, Corporation Counsel, and Theodore Schmidt, P. J. Cronin and Harry I. Parsons, for appellants; L. Louis Karton, Head of Appeals and Review Division, Louis H. Geiman, Adam E. Patterson, Assistant Corporation Counsel and Fay Warren Johnson, of counsel; Robert J. Rafferty and Edwin L. Bennett, for appellee.
Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed December 29, 1949; rehearing denied January 11, 1950; released for publication January 23, 1950.

## Julius B. Richmond, Administrator of Estate of Jacob Richmond, Deceased, Appellant, v. Emma Stamm et al., Appellees.

Gen. No. 44,548.

Shulman, Shulman & Abrams, for appellant; Meyer Abrams, of counsel; Frank F. Trunk, for appellees.
Opinion by JUSTICE SCANLAN. Not to be published in full. Opinion filed December 29, 1949; rehearing denied January 12, 1950; released for publication January 23, 1950.